356 A.2d 362
**COMMONWEALTH of Pennsylvania**

v.

**Willie MARRISETTE, Appellant.**

Supreme Court of Pennsylvania.
Argued March 29, 1976.
Decided May 12, 1976.

William J. Honig, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., David Michelman, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM.

Judgment of sentence affirmed.